FILED - USDC - FLMD - ORL
AUG 18 2026 PM3:35

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. Case No. 6:26-cr-202-RBD-NWH

EYNER VASQUEZ-BRAVO,
a/k/a Eyner Vasquezbravo

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

ESSENTIAL ELEMENTS

The essential elements of a violation of 8 U.S.C. § 1326(a) are as follows:

First: the defendant was an alien at the time stated in the Information;

Second: the defendant had been deported or removed from the United States;

Third: afterward, the defendant was found to be voluntarily back in the United States; and

Fourth: the defendant did not have the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States.

## PENALTY

The penalty for the offense charged in Count One of the Information is a maximum sentence of up to two years of imprisonment, a fine of up to $250,000, a term of supervised release of up to one year, and a mandatory special assessment of $100.

Conviction of the offense will adversely affect the defendant's immigration status in the United States, both now and in the future, and will result in his removal from the United States.

## PERSONALIZATION OF ELEMENTS

First: On July 18, 2026, were you an alien, that is, were you a citizen of Guatemala and not a United States citizen?

Second: Do you admit that you had been previously deported or removed from the United States on or about April 24, 2014, January 8, 2016, and April 18, 2018?

Third: Do you admit that on July 18, 2026, in Orange County, Florida, you were found voluntarily present in the United States?

Fourth: Do you admit that you did not have the consent of the Attorney General or the Secretary of Homeland Security to apply for admission to or re-enter the United States?

## FACTUAL BASIS

On July 18, 2026, in Orange County, Florida, Florida Highway Patrol ("FHP") Trooper P. Rivera initiated a traffic stop in Orange County, Florida on a gray Ford pickup truck for impeding traffic. There were multiple individuals in the gray truck, and Trooper Rivera requested identification from all occupants. Defendant admitted he did not have U.S. identification documents and was from

Guatemala. Thereafter, Defendant was arrested for Florida criminal charges under case number 48-2026-CF-009871, in the Orange County, Florida Circuit Court. Fingerprints obtained from Defendant after his arrest were matched to an Alien File number (A xxx xxx 316). Defendant's A-file showed he was administratively ordered deported and removed from the United States on or about March 25, 2014. Defendant was removed from the United States on April 24, 2014, January 8, 2016, and April 18, 2018.

There is no record of Defendant receiving the consent of the Attorney General of the United States, or the U.S. Secretary of the Department of Homeland Security, to apply for admission or to re-enter the United States after Defendant's prior deportations and removals.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Patrick M. Flanigan*
Patrick M. Flanigan
Assistant United States Attorney
Florida Bar No. 47703
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Patrick.Flanigan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2026, I filed the foregoing with the Clerk of the Court and will send a notice of filing to the following:

Andrew Reath, Esq.
Office of the Federal Defender

*/s/ Patrick M. Flanigan*
Patrick M. Flanigan
Assistant United States Attorney
Florida Bar No. 47703
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Patrick.Flanigan@usdoj.gov